# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT J. SOLOMON, NATALIE AMAYA, and GREGORY SCHMIDT, Derivatively on Behalf of Mallinckrodt Pharmaceuticals, Inc. Employee Stock Purchase Plans,<br><br>        Plaintiffs,<br><br>vs.<br><br>MALLINCKRODT PUBLIC LIMITED COMPANY, MARK C. TRUDEAU, MATTHEW K. HARBAUGH, KATHLEEN A. SCHAEFER, MELVIN D. BOOTH, DAVID R. CARLUCCI, J. MARTIN CARROLL, DIANE H. GULYAS, NANCY S. LURKER, JOANN A. REED, ANGUS C. RUSSELL, VIRGIL D. THOMPSON, KNEELAND C. YOUNGBLOOD, and JOSEPH A. ZACCAGNINO,<br><br>        Defendants. | CIVIL ACTION NO. 1:17-CV-01827-DLF<br><br>JUDGE DABNEY L. FRIEDRICH<br><br>**MEMORANDUM OF LAW IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL FOR THE CLASS** |

**TABLE OF CONTENTS**

I.  INTRODUCTION AND RELEVANT PROCEDURAL BACKGROUND ...................... 1

II. ARGUMENT ................................................................................................................ 1

    A.  The Court Should Approve Lead Plaintiffs' Choice of Counsel ............................ 1

    B.  Abraham, Fruchter & Twersky, LLP Is Qualified to Serve as Lead Counsel
        and Will Vigorously Represent the Interests of the Class ...................................... 2

III. CONCLUSION ............................................................................................................. 3

## TABLE OF AUTHORITIES

**Cases**

*In re SunEdison, Inc. Sec. Litig.*,
    No. 16-md-02742-PKC (S.D.N.Y. Dec. 22, 2016) ............................................................... 2

*In re Warner Chilcott Ltd. Sec. Litig.*,
    No. 1:06-cv-11515-WHP (S.D.N.Y.) ................................................................................... 2

*In re XM Satellite Radio Holdings Sec. Litig.*,
    237 F.R.D. 13 (D.D.C. 2006) ............................................................................................... 1

*Phelps v. Stomber*,
    No. CV 11-1142 (ABJ), 2011 WL 13257818 (D.D.C. Nov. 16, 2011) ........................... 1, 2

*Silverstrand Invs. v. AMAG Pharm.*,
    No. 1:10-cv-10470 (NMG), (D. Mass Jul. 27, 2010) ........................................................... 2

*Small v. Vanda Pharm. Inc.*,
    10 F. Supp. 3d 6 (D.D.C. 2013) ........................................................................................... 2

*Utesch v. Lannett Co. Inc.*,
    No. 2:16-cv-05932 (WB) (E.D. Pa. Mar. 20, 2017) ............................................................. 2

**Statutes**

15 U.S.C. § 77z-1 ................................................................................................................................ 1

I.      INTRODUCTION AND RELEVANT PROCEDURAL BACKGROUND

Lead Plaintiffs Robert J. Solomon, Natalie Amaya and Gregory Schmidt ("Lead Plaintiffs") respectfully submit this Memorandum in Support of their Motion to Substitute Lead Counsel for the Class.

At a hearing on March 8, 2018, the Court appointed Lead Plaintiffs as Lead Plaintiffs and approved Lead Plaintiffs' "selection of Stull, Stull & Brody and Gainey McKenna & Egleston to serve as Plaintiffs' Co-Lead Counsel, and Cohen Milstein Sellers & Toll PLLC and Tydings & Rosenberg LLP to serve as Plaintiffs' Co-liaison counsel." ECF No. 24, ¶ 6; ECF No. 28 at 29:9-14.

On July 6, 2018, the Court stayed this action pending the resolution of a motion to dismiss in a related securities litigation. ECF No. 39. Only procedural motions have been filed since that time.

Lead Plaintiffs now seek the withdrawal of Stull, Stull & Brody ("SS&B") as counsel of record and the substitution of Abraham, Fruchter & Twersky, LLP ("AF&T") as lead counsel for the Class. *See* Declaration of Michael J. Klein (the "Klein Decl."), ¶¶ 3-4. No party opposes this motion. *Id.* ¶ 5.

II.     ARGUMENT

   A.   The Court Should Approve Lead Plaintiffs' Choice of Counsel

Pursuant to the PSLRA, the lead plaintiffs, subject to Court approval, are to select and retain counsel to represent the class they seek to represent. 15 U.S.C. § 77z-1(a)(3)(B)(v). "The PSLRA 'evidences a strong presumption in favor of approving a properly-appointed lead plaintiff's decisions as to counsel selection and counsel retention.'" *Phelps v. Stomber*, No. CV 11-1142 (ABJ), 2011 WL 13257818, at *4 (D.D.C. Nov. 16, 2011) (quoting *In re XM Satellite Radio Holdings Sec. Litig.*, 237 F.R.D. 13, 21 (D.D.C. 2006) (internal quotation marks and

1

citations omitted)); *accord Small v. Vanda Pharm. Inc.*, 10 F. Supp. 3d 6, 14 (D.D.C. 2013) (same). A court should only interfere with a lead plaintiff's selection of counsel if "it is necessary 'to protect the interests of the class.'" *Phelps*, 2011 WL 13257818, at *4 (citations omitted).

Based upon Michael Klein's departure from Stull, Stull & Brody ("SS&B"), Lead Plaintiffs have elected to substitute AF&T for SS&B, and otherwise leave the current Court-appointed counsel structure intact. Klein Decl. ¶ 4. Motions to dismiss have not been filed in this Action, and discovery has not yet begun. At this preliminary stage of the litigation, the Class will not be harmed or disadvantaged by the substitution of lead counsel. Moreover, as described more fully below, AF&T is capable of adequately representing the Class and vigorously protecting its interests. The Court should not disturb Lead Plaintiffs' choice to substitute AF&T as lead counsel.

  **B.** **Abraham, Fruchter & Twersky, LLP Is Qualified to Serve as Lead Counsel and Will Vigorously Represent the Interests of the Class**

Lead Plaintiffs have selected and retained AF&T to serve as lead counsel, which has the commitment and ability to accomplish the required tasks because it has extensive experience and is highly competent in prosecuting similar actions. *Accord, e.g.*, *Godinez v. Alere Inc.*, No. 1:16-cv-10766 (PBS), ECF No. 152 (D. Mass Dec. 22, 2017) (appointing AF&T co-lead counsel); *Silverstrand Invs. v. AMAG Pharm.*, No. 1:10-cv-10470 (NMG), ECF No. 24 (D. Mass Jul. 27, 2010) (appointing AF&T lead counsel); *In re Warner Chilcott Ltd. Sec. Litig.*, No. 1:06-cv-11515-WHP, ECF No. 26 (S.D.N.Y.) (same); *In re SunEdison, Inc. Sec. Litig.*, No. 16-md-02742-PKC, ECF No. 103 (S.D.N.Y. Dec. 22, 2016) (same); *Utesch v. Lannett Co. Inc.*, No. 2:16-cv-05932 (WB), ECF No. 53 (E.D. Pa. Mar. 20, 2017) (same).  The firm biography for the proposed lead counsel is submitted for the Court's convenience.  *See* Klein Decl., Ex. A.

2

**III.   CONCLUSION**

For all the foregoing reasons, Lead Plaintiffs respectfully request that the Court approve their substitution of lead counsel as set forth herein.

Dated: May 23, 2019                      Respectfully submitted,

By:   /s/ S. Douglas Bunch
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
1100 New York Avenue, N.W., Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
Email: dsommers@cohenmilstein.com
Email: dbunch@cohenmilstein.com

John B. Isbister (D.C. Bar No. 277418)
Jaime W. Luse (D.C. Bar No. 501944)
**TYDINGS & ROSENBERG LLP**
One East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Facsimile: (410) 727-5460
Email: jisbister@tydingslaw.com
Email: jluse@tydingslaw.com

*Co-Liaison Counsel*

Michael J. Klein (Admitted *Pro Hac Vice*)[1]
**ABRAHAM, FRUCHTER &
    TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Facsimile: (212) 279-3655
Email: mklein@aftlaw.com

*Proposed Co-Lead Counsel*

---

[1] *See* ECF No. 28 at 28:15-20.

3

        Thomas J. McKenna (Admitted *Pro Hac Vice*)
        Gregory M. Egleston (Admitted *Pro Hac Vice*)
        **GAINEY McKENNA & EGLESTON**
        440 Park Avenue South, 5th Floor
        New York, NY 10016
        Telephone: (212) 983-1300
        Facsimile: (212) 983-0383
        Email: tjmckenna@gme-law.com
        Email: gegleston@gmelaw.com

        ***Co-Lead Counsel***

## **CERTIFICATE OF SERVICE**

I, S. Douglas Bunch, hereby certify that on May 23, 2019, I filed the foregoing using the Court's CM/ECF system, which will send notice of such filing to all counsel of record.

                    /s/ S. Douglas Bunch
                    S. Douglas Bunch